# EXHIBIT 1



**Greg Stocks**
Medical Legal Consultant
Baltimore, Maryland Area | Legal Services

| | |
|---|---|
| Current | • **Medical Legal Consultant** at Law Med Consulting LLC<br>• **Owner** at Stocks & Associates Anesthesia Services |
| Past | • State Peer Advisor at Maryland Association of Nurse Anesthetists<br>• Peer Assistance Advisor at AANA<br>• Nurse Anesthetist at R A Cowley Shock Trauma Center<br>see all... |
| Education | • Concord Law School - Kaplan University<br>• St. Elizabeth Medical Center School of Nurse Anesthesia<br>• Youngstown State University |
| Recommendations | **1 person has recommended Greg** |
| Connections | **114 connections** |
| Websites | • Personal Website<br>• Blog |

## Greg Stocks's Summary

Over the last 20+ years, I have enjoyed a diverse career in health care, beginning as a paramedic, then ICU nurse, and finally nurse anesthetist. My anesthesia career itself has been equally diverse from Trauma Anesthesia at the world famous Shock Trauma in Baltimore, private solo practice in rural South Georgia, office anesthesia for plastic surgery to the rich and famous in South Florida, and inner city high risk OB anesthesia in downtown Atlanta.

**Specialties**
Medical Malpractice Case Investigation and Analysis

## Greg Stocks's Experience

**Medical Legal Consultant**
Law Med Consulting LLC
Legal Services industry
2005 – Present (6 years)

Owner. Medical Legal consulting service provides expert medical malpractice case investigation. Specializes in medical record analysis and review, case review for merit and determination of causation and standard of care violations. Creates highest quality case reports, time lines and expert witness recommendations. Provides insight and assistance in preparing for depositions and trial. Experts in medical and legal research.

**Owner**
Stocks & Associates Anesthesia Services
Hospital & Health Care industry
October 1989 – Present (21 years 7 months)

Contractor for delivery of anesthesia services in all settings.

**State Peer Advisor**
Maryland Association of Nurse Anesthetists
Nonprofit; Health, Wellness and Fitness industry
June 2006 – September 2010 (4 years 4 months)

**Peer Assistance Advisor**
AANA
Nonprofit; Nonprofit Organization Management industry
August 2007 – September 2009 (2 years 2 months)

National Peer Assistance Advisor for 35,000 members of the AANA.

**Nurse Anesthetist**
R A Cowley Shock Trauma Center
Nonprofit; 5001-10,000 employees; Hospital & Health Care industry
March 2003 – December 2004 (1 year 10 months)

**Nurse Anesthetist**
Grady Health System
Nonprofit; 5001-10,000 employees; Hospital & Health Care industry
June 2000 – March 2003 (2 years 10 months)

**Poison Specialist Night Supervisor**
Georgia Poison Center
Legal Services industry

May 2000 – July 2001 (1 year 3 months)

**Nurse Anesthetist**
**MIEMSS Shock Trauma**
Hospital & Health Care industry
September 1989 – October 1994 (5 years 2 months)

**Paramedic**
**Gold Cross Ambulance**
Hospital & Health Care industry
September 1983 – October 1989 (6 years 2 months)
Advanced Life Support Paramedic serving Mahoning County, Youngstown, Ohio.

**RN Surgical ICU**
**Northside Medical Center**
Hospital & Health Care industry
July 1986 – September 1987 (1 year 3 months)
Youngstown, Ohio

## Greg Stocks's Education

**Concord Law School - Kaplan University**
EJD, Health Law
2002 – 2005
*Activities and Societies:* Student Health Law Organization

**St. Elizabeth Medical Center School of Nurse Anesthesia**
CRNA, nurse anesthesia
1987 – 1989

**Youngstown State University**
BS REMT-P CRNA, Paramedicine, Anesthesiology
1982 – 1989

## Greg Stocks's Additional Information

| | |
|---|---|
| Websites: | • Personal Website<br>• Blog |
| Interests: | Trauma Anesthesia, Pre-hospital Care, Medical Malpractice, Health Law, Addiction Medicine, flying helicopters |
| Groups and Associations: | American Association of Nurse Anesthetists   The American Association of Nurse Attorneys   Society of Law, Medicine and Ethics   Maryland Association of Nurse Anesthetists |

 Anesthesia Professionals - Anesthesiologist, CRNA, AA

 Concord Law School

 Freelance Legal Professionals

 Health and Hospital Lawyer Network

 LNC PracticeBuilder LNC's

 Legal Blogging

 Legal Medicine

 Legal Nurse Consultant

 Legal Nurse Consultant Group

 Legal Nurse Consultant and Attorney Network

 Legal Referral Exchange

 Legal and Forensic Professionals

 Life Science Law Professionals

 Maryland Association for Justice, Inc.

 Medical Malpractice Lawyer Network

 Medical Topics by Specialty

 Medical-Legal Professionals

 The J.E.R.K. LNC Legal nurse consulting

 The Legal Networking Group

Honors and Awards:   Commendation for Extraordinary Personal Action in Saving a Human Life- American Red Cross 1982

## Greg Stocks's Contact Settings

Greg Stocks is not currently open to receiving Introductions or InMail™.

## View Greg Stocks's full profile to...

- See who you and **Greg Stocks** know in common
- Get introduced to **Greg Stocks**
- Contact **Greg Stocks** directly

View Full Profile

Not the Greg Stocks you were looking for? View more »

LinkedIn Corporation © 2011