# EXHIBIT 4

*-APPLICATION-*

## Title

**Title of Work:** Lawyer presses for delay in trial of nurses connected to hepatitis C outbreak

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 23, 2011        **Nation of 1st Publication:** United States

## Author

- **Author:** Stephens Media LLC

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com        **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:** Steven A. Gibson

**Date:** April 29, 2011

**Applicant's Tracking Number:** 2206

Case 2:11-cv-00717-ECR -PAL   Document 1-4   Filed 05/05/11   Page 4 of 5

**Registration #:**
**Service Request #:** 1-602470098
**Priority:** Routine        **Application Date:** April 29, 2011 12:21:06 AM
**Note to C.O.:** Please contact Steven A. Gibson or Raisha Y. Gibson at (702) 527-5900 with any questions or concerns regarding this copyright registration. Thank you.

## Correspondent

**Organization Name:** Righthaven LLC
**Name:** Steven A. Gibson
**Email:** sgibson@righthaven.com                **Telephone:** 702-527-5900
**Address:** 9960 West Cheyenne Avenue          **Alt. Telephone:** 702-541-6300
Suite 210                                        **Fax:** 702-527-5909
Las Vegas, NV 89129-7701 United States

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States