SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>LAW MED CONSULTING LLC, a Maryland limited-liability company; LAW MED BLOG, an entity of unknown origin and nature; and GREG STOCKS, an individual,<br><br>Defendants. | Case No.: 2:11-cv-00717-ECR-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Righthaven LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

1. Righthaven LLC, a Nevada limited-liability company;

2. SI Content Monitor LLC, an Arkansas limited-liability company; and

3. Net Sortie Systems, LLC, a Nevada limited-liability company.

/ / /

/ / /

/ / /

1

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 6th day of May, 2011.

RIGHTHAVEN LLC

By: Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff*