SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>LAW MED CONSULTING LLC, a Maryland limited-liability company; LAW MED BLOG, an entity of unknown origin and nature; and GREG STOCKS, an individual,<br><br>Defendants. | Case No.: 2:11-cv-00717-ECR-PAL<br><br>**AMENDED CERTIFICATE OF INTERESTED PARTIES** |

Righthaven hereby corrects and amends its prior filing based on Judge Hunt's decision in *Righthaven v. Democratic Underground, et al.,* 2:10-cv-01356-RLH-GWF, but without any admission that the previously filed Certificate of Interested Parties intentionally failed to comply with, or otherwise disregard LR 7.1-1.

In accordance with Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned, counsel of record for Righthaven LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

1. Righthaven LLC, a Nevada limited-liability company;
2. SI Content Monitor LLC, an Arkansas limited-liability company;

1

3. Net Sortie Systems, LLC, a Nevada limited-liability company; and

4. Stephens Media LLC.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this twentieth day of June, 2011.

        SHAWN A. MANGANO, LTD.

        By: /s/ Shawn A. Mangano
        SHAWN A. MANGANO, ESQ.
        Nevada Bar No. 6730
        shawn@manganolaw.com
        9960 West Cheyenne Avenue, Suite 170
        Las Vegas, Nevada  89129-7701
        Tel: (702) 304-0432
        Fax: (702) 922-3851

        *Attorney for Plaintiff*