RECEIVED
___ ENTERED           ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

NOV 2 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, | Case No. 2:11-cv-00717-ECR-CWH |
| Plaintiff, | ORDER |
| vs. | |
| LAW MED CONSULTING, LLC, THE LAW MED BLOG, and GREGORY STOCKS, | |
| Defendants. | |

Defendant Greg Stocks filed a Motion to Dismiss (#9) on September 6, 2011, seeking to have this action dismissed under Federal Rule of Civil Procedure 4(m). No response has been filed to date.

Therefore, IT IS ORDERED that Plaintiff shall have 14 days within which to file a document showing good cause for failing to timely serve process on Defendant Gregory Stocks in this case.

IT IS FURTHER ORDERED that Gregory Stocks may not represent Law Med Consulting. Only an attorney, duly admitted to the Court, may represent a corporate or business entity in this Court. Therefore, Defendant's Motion (#9) shall not be deemed to apply to Law Med Consulting, LLC.

DATED this 23 day of November 2011.

_____
UNITED STATES DISTRICT JUDGE